No. 1001, October Term, 1942. BOWEN *v.* UNITED STATES. October 11, 1943. 319 U. S. 764.

No. 1024, October Term, 1942. BECKER *v.* LOEW'S, INCORPORATED. October 11, 1943. 319 U. S. 772.

No. 1031, October Term, 1942. TRAVELERS INSURANCE Co. *v.* MAGILL, CONSERVATOR. October 11, 1943. 319 U. S. 773.

No. 1038, October Term, 1942. TIEDEMANN ET AL. *v.* ESTODURAS STEAMSHIP CO., INC. October 11, 1943. 319 U. S. 774.

No. 1040, October Term, 1942. DAVIS *v.* MASSACHUSETTS. October 11, 1943.

No. 1041, October Term, 1942. DUBINA *v.* MICHIGAN. October 11, 1943. 319 U. S. 766.

No. 1042, October Term, 1942. DAVIS, TREASURER, ET AL. *v.* DINNY & ROBBINS, INC. October 11, 1943. 319 U. S. 774.

No. 1070, October Term, 1942. GUYTON *v.* UNITED STATES. October 11, 1943.

No. 1077, October Term, 1942. FARRELL *v.* LANAGAN, WARDEN. October 11, 1943. 319 U. S. 776.

No. 1034, October Term, 1942. ALLEN *v.* UNITED STATES. Second petition for rehearing and "for vacating of judgment" denied.

· No. 167. FLOWERS *v.* FLORIDA. October 18, 1943.